**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS A. LUCE, JOSEPH R. STACHO, III, DAVID M. RICE, JERRY J. ROBINSON, ILLINOIS STATE RIFLE ASSOCIATION, AND SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | Case No. 21-CV-1250 |
| v. | ) ) | Hon. Mary Rowland |
| BRENDAN F. KELLY, in his official capacity, and JAROD INGEBRIGTSEN, in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE REPOND TO PLAINTIFFS' COMPLAINT**

Defendants by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully moves this Court to grant their unopposed request for an extension of time to respond to Plaintiffs' Complaint.

1. Plaintiffs filed their Complaint on March 5, 2021. ECF No. 1.

2. The Summons were served on Defendants on March 18, 2021; as such, Defendants' deadline to answer or otherwise respond to the Complaint is April 8, 2021.

3. Counsel was assigned to this case on March 24, 2021.

4. This case raises important questions related to the Second Amendment and in order to adequately respond to the Complaint Defendants require additional time.

1

5. Defendants request an extension to May 10, 2021, to answer or otherwise respond to the Complaint.

6. This request is not for an improper purpose and will not prejudice Plaintiffs.

7. Defendants have not requested any previous extensions.

8. Counsel for Plaintiff do not oppose this request.

For these reasons, Defendants respectfully move this Court to grant their unopposed motion and to enter an order extending Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint to May 10, 2021.

| | |
|---|---|
| April 6, 2021 | Respectfully submitted, |
| | KWAME RAOUL<br>Attorney General of Illinois |
| | _/s/ Mary A. Johnston_<br>Mary A. Johnston<br>Office of the Illinois Attorney General<br>100 West Randolph Street<br>Chicago, Illinois 60601 |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on April 6, 2021, I caused a copy of the foregoing *Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

_/s/ Mary A. Johnston_