IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS A. LUCE, JOSEPH R. STACHO, III, DAVID M. RICE, JERRY J. ROBINSON, ILLINOIS STATE RIFLE ASSOCIATION, AND SECOND AMENDMENT FOUNDATION, INC., | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | Case No. 21-CV-1250 |
| v. | ) ) | Hon. Mary Rowland |
| BRENDAN F. KELLY, in his official capacity, and JAROD INGEBRIGTSEN, in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING

**To:** **Attorneys of Record**

    **PLEASE TAKE NOTICE** that on **April 6, 2021**, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT.**

                                                           */s/ Mary A. Johnston*
                                                           MARY A. JOHNSTON
                                                           ASSISTANT ATTORNEY GENERAL
                                                           Office of the Illinois Attorney General
                                                           General Law Bureau – Civil Rights Unit
                                                           100 W. Randolph St., 13th Floor
                                                           Chicago, IL 60601
                                                           (312) 814-3739
                                                           (312) 814-4425 (FAX)
                                                           mjohnston@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing notice and referenced pleading was served on all counsel of record via the Court's CM/ECF system on the **6th** day of **April, 2021**.

                                                  */s/ Mary A. Johnston*
                                                  MARY A. JOHNSTON