# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Illinois State Rifle Association, et al.

                                    Plaintiff,

v.                                                         Case No.: 1:21−cv−01250

                                                                  Honorable Mary M. Rowland

Brendan F. Kelly, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 10, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. Defendants shall file answer by 2/21/22. Parties shall send a proposed discovery schedule to the court's proposed order mailbox at Proposed_Order_Rowland@ilnd.uscourts.gov. by 2/18/22. Telephonic status hearing set for 5/16/22 at 9:30am. Parties shall call 866−434−5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.