**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS LUCE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 21 CV 1250 |
| v. | ) | Judge Mary M. Rowland |
| | ) | |
| BRENDAN KELLY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The Plaintiffs, Illinois State Rifle Association and Second Amendment Foundation, Inc., and the Defendants, Illinois State Police Director, Brendan F. Kelly, in his official capacity as the Director of the Illinois State Police, and Gregory Hacker, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by their respective attorneys, submit this Joint Status report:

Defendants have informed Plaintiffs and this Court that the backlog of applications for Concealed Carry Licenses was eliminated on or about December 21, 2022, and that all applications are being processed within the deadlines established by statute. The Parties believe that this case can be resolved, and Defendants are preparing a declaration affirming that the backlog has been eliminated and outlining the procedures that have been put in place to prevent applications from not being processed within the statutory deadlines in the future.

Defendants require an additional 45 days, or until Monday, September 26, 2022, to finalize this declaration, submit the declaration to Plaintiffs for review, and determine if this case can be resolved without further discovery or motion practice. Plaintiffs have no objection to Defendants taking additional time to prepare and submit this declaration for their review.

As such, the Parties believe it is appropriate to set a deadline for the Parties to file another joint status report on September 29, 2022, to update the Court on the status of the declaration and provide a proposal as to Parties' position on how to proceed.

August 10, 2022

*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-4417
Mary.johnston@ilag.gov

*Counsel for Defendants*

*/s/Gregory A. Bedell*
Gregory A. Bedell
Knabe & Bedell
33 North Dearborn Street, 10th Floor
Chicago, IL 60602
 (312) 977-9119
gbedell@kkbchicago.com

*Attorney for Plaintiffs*

Respectfully submitted,

*/s/*David G. Sigale
David G. Sigale
Law Firm of David G. Sigale P.C.
460 West Roosevelt Road
Wheaton, IL 60187
(630) 452-4547
dsigale@sigalelaw.com

*Attorney for Plaintiffs*

*/s/Timothy Sandefur*
Timothy Sandefur
Goldwater Institute
500 E. Coronado Road
Phoenix, AZ 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorney for Plaintiffs*