**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS LUCE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRENDAN KELLY, *et al.* )<br>)<br>Defendants. ) | No. 21 CV 1250<br>Judge Mary M. Rowland |

**JOINT STATUS REPORT**

The Plaintiffs, Illinois State Rifle Association and Second Amendment Foundation, Inc., and the Defendants, Illinois State Police Director, Brendan F. Kelly, in his official capacity as the Director of the Illinois State Police, and Jeffrey Yenchko, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by their respective attorneys, submit this Joint Status report:

Plaintiffs will file a stipulation to dismiss the related case of *Marszalek et al. v. Kelly et al.* (20-cv-4270). This stipulation is based on Plaintiffs' acceptance of a signed declaration from Jeffrey Yenchko of the Firearm Services Bureau outlining the changes to Illinois State Police procedures related to processing firearms applications. The declaration in *Marszalek* focused on Firearm Owner Identification ("FOID") card applications. However, there is significant overlap between the steps taken to reduce the backlog of FOID card applications and the steps that have been taken to reduce the backlog of concealed carry licenses, which is at issue in this lawsuit.

In light of Plaintiffs' approval of the declaration in *Marszalek*, Defendant will prepare a similar declaration for this matter. The parties anticipate that this declaration can be finalized and a stipulation to dismiss can be filed by November 10, 2022.

page

September 29, 2022

*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-4417
Mary.johnston@ilag.gov

*Counsel for Defendants*

*/s/Gregory A. Bedell*
Gregory A. Bedell
Knabe & Bedell
33 North Dearborn Street, 10th Floor
Chicago, IL 60602
 (312) 977-9119
gbedell@kkbchicago.com

*Attorney for Plaintiffs*

Respectfully submitted,

*/s/*David G. Sigale
David G. Sigale
Law Firm of David G. Sigale P.C.
460 West Roosevelt Road
Wheaton, IL 60187
(630) 452-4547
dsigale@sigalelaw.com

*Attorney for Plaintiffs*

*/s/Timothy Sandefur*
Timothy Sandefur
Goldwater Institute
500 E. Coronado Road
Phoenix, AZ 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorney for Plaintiffs*